IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Juan Ramon Torres, *et al.*,<br><br>　　Plaintiffs,<br><br>vs.<br><br>SGE Management, LLC, *et al.*,<br><br>　　Defendants. | Civil Action No. 4:09-cv-2056<br><br><br>Jury Demanded |

## [PROPOSED] ORDER

Having considered the parties' November 20, 2012, Joint Stipulation Extending Case Schedule Dates, the other pleadings on file, and deeming itself otherwise fully advised in the premises, the Court **HEREBY ORDERS** that the case schedule deadlines listed in the Court's July 27, 2012, Order (Dkt. No. 76) are hereby vacated in favor of the following, new schedule, which now shall govern the disposition of this case:

///

///

///

///

///

///

///

| Case Event | Current Deadline (Dkt. No. 76) | New Deadline |
|---|---|---|
| Discovery to be completed by: | Friday, December 21, 2012 | Friday, April 19, 2013 |
| Plaintiffs' Expert Designation and Expert Reports due by: | Monday, January 21, 2013 | Monday, May 20, 2013 |
| Defendants' Expert Designation and Expert Reports due by: | Friday, February 22, 2013 | Friday, June 21, 2013 |
| Class Certification Hearing: | Friday, April 5, 2013 at 9:00 a.m. | Tuesday, August 13, 2013 at _____ a.m. |
| Docket Call at _____ a.m. on: | Monday, June 10, 2013 | Monday, October 07, 2013 |

ENTERED this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE