# ATTACHMENT "A"

# PLAINTIFF'S CLASS CERTIFICATION HEARING EXHIBIT LIST

[Note that, for consistency, the numbering system here --- including various exhibit numbers "intentionally left blank" --- is the same as the list of exhibits submitted with plaintiff's class certification brief.  This list adds, however, as Exhibits 209-211, additional documents the defendants produced in discovery.]

Exhibit 1:   Stream Firm Overview, Jan 2006
             Dep. Ex. 23, Tab. 139

Exhibit 2:   Email, md@streamenergy.net to Rob Snyder, 4/5/07
             Dep. Ex. 33, Tab 192, Stream 0575295-99

Exhibit 3:   Stream Energy Discussion with Battery Ventures, 8/17/05
             Dep. Ex. 33, Tab 198, Stream 0574717-502

Exhibit 4:   Chart of partners, units owned, capital contribution, ownership interests
             Dep. Ex 33, Tab 189, Stream 0574083-85

Exhibit 5:   Defendant's Responses to Plaintiff's Request for Disclosure
             Dep. Ex. 33, Tab 196, at Stream 0033385

Exhibit 6:   Email, Chris Domhoff to Rob Snyder; Pierre Koshakji, 11/4/04
             Dep. Ex. 33, Tab 193, Stream 0489273-78

Exhibit 7:   Current and coming legal structures of Stream
             Stream 00000659

Exhibit 8:   Stream/Ignite Marketing Overview
             Dep. Ex. 33, Tab 201, Stream 0393320-42

Exhibit 9:   Email, Ignite Support Team to generobison1@gmail.com, 2/18/09
             Dep. Ex. 130, Torres 003224

Exhibit 10:  Ignite Compensation Plan

Exhibit 11:  Ignite Business Plan
             Dep. Ex. 160, Stream 135389-408

Exhibit 12:  Ignite Business Plan presented by Steve & Susan Fisher
             Dep. Ex 161

Exhibit 13:  The Ignite Opportunity Presentation
             Dep. Ex 162

Exhibit 14:   Ignite Power Plan Training Workbook
Dep. Ex. 159, Stream 135522-51

1.   Exhibit 15:   Ignite Business Plan presented by Steve & Susan Fisher (color duplicate of Ex 12)

Dep. Ex. 33, Tab 195

Exhibit 16:   Empower Magazine – The Ignite Life
Dep. Ex. 7

Exhibit 17:   Ignite Policies and Procedures
Dep. Ex. 11

Exhibit 18:   Ignite Independent Associate Application and Agreement
Dep. Ex. 12

Exhibit 19:   Power Plan Workbook

19.1:   Empower Magazine
19.2:   Power to Do More Marketing DVD
19.3:   The Power Plan Workbook
19.4:   Domhoff IA Welcome Letter
19.5:   Proven Results Flyer
19.6:   Business Presentation Pad
19.7:   Ignite Policies and Procedures
19.8:   Ignite Compensation Plan
19.9:   Ignite Associate Application

Exhibit 20:   Email, Gertie de Guzman to Lani Zamora, 3/10/12
Dep. Ex. 25, Tab 79, Stream 0138040-41

Exhibit 21:   Email, Ignite News to generobison1@gmail.com, 2/26/09
Dep. Ex. 132

Exhibit 22:   Email, Doug Witt to Adrian Avila; Michael Tracker; Darryl Smith, 11/3/11
Dep. Ex. 167, Stream 0262697

Exhibit 23:   INTENTIONALLY LEFT BLANK

Exhibit 24:   Stream IA Power Center Training Certification Questions
Dep. Ex. 28, Tab123, Stream 0221691-00

Exhibit 25:   The Ignite Phenomenon Presentation
Dep. Ex. 26, Tab 1, Stream 0135178-215

Exhibit 26:   Email, Susan Fisher to Patty Kramer; Barbara Thompson; Frank Thompson, 7/24/11
Stream 0065837

Exhibit 27:   Ignite University
Stream 0064684-700 at 0064694

Exhibit 28:   Ignite Senior Director Boot Camp
Stream 0046565-613 at 0046575

Exhibit 29:   Plaintiff's Original Petition
Dep. Ex. 33, Tab 197, Stream 0034288-321

Exhibit 30:   Email, Donny Anderson to read.kirkpatrick@gmail.com, 5/7/12
Stream 11083

Exhibit 31:   Email, Rob Snyder to Virginia Guldi, 4/8/05
Dep. Ex. 106, Stream 0577776-83

Exhibit 32:   Email, Chris Domhoff to Executive Directors, 5/23/07
Stream 0374974-5

Exhibit 33:   Email, Doug Witt to Chris Domhoff, 2/8/08
Dep. Ex. 33, Tab 217, Stream 0382814-5

Exhibit 34:   Email, Presley Swagerty to Gene Robison, 2/27/09
Dep. Ex. 136, Torres 003180

Exhibit 35:   Email, Chris Domhoff to Darryl Smith, Doug Witt, Michael Tacker, 5/24/07
Stream 0389120

Exhibit 36:   Email, Randy Hedge to David Regis, Martha Troy, Stefan Rodriguez, Ryan Morris, Presley Swagerty, 12/13/08
Stream 0374270

Exhibit 37:   Email, Donny Anderson to Dave Bleyer, 9/7/10
Dep. Ex. 25, Tab 55, Stream 0020836

Exhibit 38:   Email, Chris Domhoff to Michael Tacker, Steve Flores, Doug Witt, 3/19/07
Stream 0388837

Exhibit 39:   Email, Donny Anderson to andersonignite@gmail.com, 1/21/09
Stream 3503

Exhibit 40:   Email, Randy Hedge to Trey & Sally Dyer, 4/13/09

                Email, David Regis to David Regis, 12/13/08
                Stream 0374325-27; Stream 0375277-9

**Exhibit 41:** Email, Donny Anderson to angierealtor@yahoo.com, pennabst@verizon.net, litoreinoso@yahoo.com, 11/13/10
Stream 6108

**Exhibit 42:** Duplicate of ex 41
Stream 7218

**Exhibit 43:** Stream Gas & Electric Business Overview
Stream 0696513-55

**Exhibit 44:** Email, Dave Bleyer to Mike Bucci, pwinterling@baltimorepbt.com, 8/25/11
Stream 0030564-67

**Exhibit 45:** Email, Doug Witt to Ed Nieves, RLS-DFW, John Littlejohn, Lisa Holliday, Darryl Smith, 5/25/11
Dep. Ex. 23, Tab 175, Stream 0392439-48

**Exhibit 46:** How to Build a Giant Heap and Keep it
Stream 2664

**Exhibit 47:** Email, Michael Tacker to Chris Domhoff, 10/28/09
Dep. Ex. 28, Tab 121, Stream 0323779

**Exhibit 48:** Constance/Deborah – Tacker/Flores – Call Notes, 2/1/10
Dep. Exh. 28, Tab 122, Stream 0358613-36

**Exhibit 49:** Anderson email to various 1/21/08
Stream 0008954

**Exhibit 50:** Email, Ray and Rebecca Bickerstaff to Ivan D. Alexander et al., 2/28/10
Stream 0014665

**Exhibit 51:** Duplicate of ex 50
Stream 0033746

**Exhibit 52:** Email, Dave Bleyer to Mike Bucci, pwinterling@baltimorepbt.com, 8/25/11
Stream 0030564

**Exhibit 53:** Email, David Farlee to andersonignite@gmail.com, 12/8/09
Stream 0034563-4

**Exhibit 54:** Ignite University by Donny Anderson
Stream 0040034-42

Exhibit 55:   The Ignite Opportunity Slideshow
Stream 0050340-354

Exhibit 56:   Starting Your Business Slideshow
Stream 0076177-185

Exhibit 57:   Ignite University
Stream 0051734-83

Exhibit 58:   Email, Mark Dean on Coach and Cowboy, 8/15/11
Stream 0134247

Exhibit 59:   Email, Patrick Judge to Tommy Dyer, 5/14/12
Stream 0138219

Exhibit 60:   Email, Susan Fisher to pamelasa@bellsouth.net, 11/28/10
Stream 0067544-47

Exhibit 61:   Email, Susan Fisher to Kyle Martin, Clay Adams, 7/20/09
Stream 00069430-31

Exhibit 62:   Email, Susan Fisher to hailey2star@yahoo.com, 11/29/08
Stream 0070986

Exhibit 63:   Ignite Senior Director Boot Camp
Stream 0046565-613

Exhibit 64:   Steve Fisher on Twitter
Dep. Ex. 29

Exhibit 65:   Millionaire by Halftime
Stream 0151868-973

Exhibit 66:   Email, Erik Robinson to Timothy Day, Martha Troy, Randy Hedge, 6/30/11
Stream 0199492-3

Exhibit 67:   Email, Susan Fisher to kittylargo@aol.com, 10/28/11
Stream 0065120

Exhibit 68:   Stream Working Summit Meeting, 12/6/11
Dep. Ex. 31, Tab 187, Stream 0216025)

Exhibit 69:   Ignite Your Life Facebook Event
Dep. Ex 18

Exhibit 70:   INTENTIONALLY LEFT BLANK

Exhibit 71:   Ignite General Session Agenda
Dep. Ex. 27, Tab 109, Stream 002962230

Exhibit 72:   Stream Sales & Marketing Overview, May 2007
Dep. Ex. 33, Tab 200, Stream 0398501-16

Exhibit 73:   2012 Master BP Tracking Sheet
Stream 0340447-547

Exhibit 74:   Chart of meeting locations, coordinators, etc.
Dep. Ex. 25, Tabs 52, 53

Exhibit 75:   Email, Leroy Armstrong to Leroy Armstrong, 1/27/12
Stream 0214096

Exhibit 76:   Email, Ray and Rebecca Bickerstaff to Steve Canava et al, 2/24/10
Dep. Ex. 28, Tab 125, Stream 0014625

Exhibit 77:   Rob Snyder & Chris Domhoff 11/8/08 in Atlanta presentation
Dep. Ex 94, Stream 032117

Exhibit 78:   Email, Presley Swagerty to Felicia Campbell, 7/14/12
Stream 0166449

Exhibit 79:   Power Play Article, March 2006
Dep. Ex. 33, Tab 188, Stream 0571814-19

Exhibit 80:   Donny Anderson on Twitter
Dep. Ex. 20

Exhibit 81:   Top 10 Tips from top money earners
Stream 0409473

Exhibit 82:   Donny & Susan Anderson bio on Ignite website
Dep. Ex. 14, 15

Exhibit 83:   Email, Susan Fisher in Richardson on Monday night
Stream 0151591

Exhibit 84:   The Ignite Life by Sarah Blaskovich
Stream 0409958-63

Exhibit 85:   Empower Magazine, 1/29/08
Stream 0281194-261

Exhibit 86:   "You've Got the Power," Empower article
Stream 0382196-201

Exhibit 87:   Riding the Current by Jennifer Workman Pitcock
Stream 0281166

Exhibit 88:   Email, Adrian Avila to Logan Stout, 1/24/10
Stream 0128364

Exhibit 89:   Email, Steve Fisher to Rob Snyder, 1/28/10
Dep. Ex. 31, Tab 180, Stream 0012553

Exhibit 90:   Email, Darryl Smith to Doug Witt, Chris Domhoff, 11/24/08
Stream 0275217-8

Exhibit 91:   Email, Paul Thies to Chris Domhoff, Doug Witt, Darryl Smith, 10/24/07
Stream 0281725-6

Exhibit 92:   Email, Paul Thies to Darryl Smith, Chris Domhoff, Doug Witt, 11/6/07
Stream 0663503-5

Exhibit 93:   Email, Logan Stout to Bouncer Schiro, Logan Stout, Darryl Smith, 3/22/12
Stream 0132360

Exhibit 94:   IA Recruited 1/18/05-1/25/05
Dep. Ex. 38

Exhibit 95:   Email, Rob Snyder to Darika Davis, 5/7/07Dep. Ex. 102, Stream 0631401

Exhibit 96:   [INTENTIONALLY LEFT BLANK]

Exhibit 97:   Email, Rob Snyder to Alex Rodriguez, Chris Domhoff, Pierre Koshakji, 7/5/05
Stream 0590644-5

Exhibit 98:   Account Sums by Year
Dep. Ex 180

Exhibit 99:   Email, Chris Domhoff to Tim Rose, 7/14/06
Dep. Ex. 33, Tab 210, Stream 0387088

Exhibit 100:   Email, Chris Domhoff to Paul Thies, 9/11/07
Dep. Ex. 23, Tab 140, Stream 0389897

Exhibit 101:   Email, Steve Fisher to Wendell Campbell, 9/13/09

Dep. Ex. 33, Tab 231, Stream 0608471-6

Exhibit 102:  Email, Darryl Smith to Joanna McQuien, 6/7/12
Dep. Ex. 23, Tab 170 Stream 0267593-95

Exhibit 103:  Email, Rob Snyder to Presley Swagerty, 1/15/12
Dep. Ex. 105, Stream 0261411

Exhibit 104:  [INTENTIONALLY LEFT BLANK]

Exhibit 105:  Stream Business Overview, April 2013
Stream 0696513-55

Exhibit 106:  Email, Michael Tacker to Doug Witt, Darryl Smith, 8/31/10
Dep. Ex. 23, Tab 154, Stream 0235602

Exhibit 107:  Ignite Georgia One Year Review
Dep. Ex. 23, Tab 157, Stream 0273231

Exhibit 108:  Email, Michael Tacker to Doug Witt, Darryl Smith, Adrian Avila, 5/20/10
Dep. Ex. 23, Tab 153, Stream 0227299).

Exhibit 109:  Email, Chris Domhoff to Doug Witt, Darryl Smith, Michael Tacker, Steve Flores, Paul Thies, 7/9/08
Dep. Ex. 28, Tab 120, Stream 0246031

Exhibit 110:  Stream Business Overview April 2013
Stream 0696519-55

Exhibit 111:  Chart of active customers, payments, budget acquisition, etc.
Dep. Ex. 23, Tab 166, Stream 0246034-46

Exhibit 112:  Customer Acquisition Forecast
Dep. Ex. 23, Tab 168, Stream 0400695-707

Exhibit 113:  [INTENTIONALLY LEFT BLANK]

Exhibit 114:  Email, Steve Fisher to Alan Cantrell, 12/23/11
Dep. Ex. 110, Stream 0613783-87

Exhibit 115:  [INTENTIONALLY LEFT BLANK]

Exhibit 116:  Camelot Module Features and Additional Services List
Dep. Ex. 33, Tab 220, Stream 0564309-40

Exhibit 117:  Email, Chris Domhoff to Norman Oliver, 8/25/08

                    Dep. Ex. 33, Tab 214, Stream 0421271

Exhibit 118:   Email, Donny Anderson to Paulaj4454@aol.com, 2/5/08
Stream 10576-77

Exhibit 119:   Email, jcundiff@dataparadigm.com to rls-dfw@swbell.net, 7/3/09
Dep. Ex. 48, Stream 0572540-1

Exhibit 120:   [INTENTIONALLY LEFT BLANK]

Exhibit 121:   Email, Chris Domhoff to RLS-DFW, 10/28/08
Dep. Ex. 33, Tab 216, Stream 0398376-7

Exhibit 122:   Email, Chris Domhoff to RLS-DFW, Lisa Holliday, 10/28/08
Dep. 33, Tab 223, Stream 0397986

Exhibit 123:   Team 212o Expansion Conference
Stream 32875

Exhibit 124:   [INTENTIONALLY LEFT BLANK]

Exhibit 125:   [INTENTIONALLY LEFT BLANK]

Exhibit 126:   Ignite University
Dep. Ex. 24, Tabs 21-30

Exhibit 127:   Weekly, monthly, total payments to money earners
Dep. Ex. 150, Stream 0557068)

Exhibit 128:   Email, Stephen Glasgow to rls-dfw@swbell.net, 1/10/11
Dep. Ex. 157, Stream 0557797-99

Exhibit 129:   Sums paid annually
Dep. Ex. 180 (30(b)(6) Dep.)

Exhibit 130:   Swagerty Family Total
Dep. Ex. 170

Exhibit 131:   Email, Susan Fisher to Karrie Jackson, 6/10/12
Stream 0062773

Exhibit 132:   [INTENTIONALLY LEFT BLANK]

Exhibit 133:   Ranking of States for Ignite Expansion
Dep. Ex. 22, Tab.111, Stream 0241202

Exhibit 134:  schedule produced by defendants in discovery

Exhibit 135:  Excel spreadsheets from DPI.

Exhibit 136:  Email, Doug Witt to Joel Cundiff, doates@dataparadigm.com, 11/9/10
Dep. Ex. 166, Stream 0303833-35

Exhibit 137:  Email, Steve Fisher to Greg McCord, Donny Anderson, timetoignite@mac.com, 10/2/09
Dep. Ex. 30

Exhibit 138:  Email, Steve Fisher to Donny Anderson et al, 9/11/09
Dep. Ex. 31, Tab 177, Stream 0034796-03

Exhibit 139:  Email, Darryl Smith to Michael Tacker, 2/7/12
Dep. Ex. 23, Tab 165, Stream 0268125

Exhibit 140:  Email, Amy Meyers to Logan Stout, 9/23/11
Dep. Ex. 67, Stream 0125122

Exhibit 141:  Chris Domhoff to Peter Kraus et al, 7/18/05
Dep. Ex. 33, Tab 207, Stream 0590666

Exhibit 142:  Email, Chris Domhoff to Norman Oliver, 10/27/08
Dep. Ex. 33, Tab 211, Stream 0420017-19

Exhibit 143:  Ignite Associate Growth, 2005-2009
Dep. Ex. 34

Exhibit 144:  [INTENTIONALLY LEFT BLANK]

Exhibit 145:  Email, andersonignite@gmail.com to Chris Domhoff, 9/16/07
Dep. Ex. 33, Tab 209, Stream 0007802

Exhibit 146:  Income Disclosures
146.1 - Income Disclosures 05-06
146.2 - Income Disclosures 06-07
146.3 - Income Disclosures 08-09
146.4 - Income Disclosures 2010
146.5 - Income Disclosures 2011

Exhibit 147:  Email, Donny Anderson to andersonignite@gmail.com, 9/15/11
Stream 3022

Exhibit 148:  Email, Susan Fisher to Lanny Hall, 2/25/08
Stream 73790

Exhibit 149:   Email, Susan Fisher to Rachel Blackwood et al, 1/17/08
Stream 74594

Exhibit 150:   Email, Debbie Cox to andersonignite@gmail.com, 2/29/12
Stream 21262

Exhibit 151:   List of dreams and goals
Stream 121827-833

Exhibit 152:   Email, Sonny Aguiling to Mark Dean, 2/22/12
Stream 136848

Exhibit 153:   Email, Jay Torres to Ignite Members, 7/23/12
Stream 122139

Exhibit 154:   Email, Ron and Doreen Ruthart to andersonignite@gmail.com, 9/4/09
Dep. Ex. 28, Tab 124, Stream 34830-1

Exhibit 155:   [INTENTIONALLY LEFT BLANK]

Exhibit 156:   Email, Donny Anderson to David Cobb, 8/4/10
Stream 44266

Exhibit 157:   Stream Sales & Marketing Overview, May 2007
Dep. Ex. 23, Tab 175, Stream 398501-13

Exhibit 158:   Email, John Bourne to Ignite data paradigm, 1/11/12
Stream 2962230

Exhibit 159:   Email, Rob Snyder to Steve Fisher, 9/10/12
Stream 0568545-51

Exhibit 160:   Stream Business Plan Overview, Summer 2012
Stream 0602778-854

Exhibit 161:   The Stream Energy Phenomenon by Taff Tschamler
Stream 0386986-98

Exhibit 162:   Email, Chris Domhoff to Paul Thies, 7/6/06
Stream 0386901

Exhibit 163:   Letter, Harris County DA's Office, 5/11/06
Stream 0387598-00

Exhibit 164:   Email, Denise Stokes to Alex Rodriguez et al, 2/10/05
Stream 0392432

Exhibit 165:   Email, Paul Thies to Chris Domhoff, 7/3/06
Stream 0666550-51

Exhibit 166:   Email, Chris Domhoff to Denise Stokes et al, 2/10/05
Stream 0426641-2

Exhibit 167:   Email, John Kinsworthy to Mike Rowley, Pierre Koshakji, Greg Martin, Doug Witt, 12/8/10
Stream 0287775-79

Exhibit 168:   Email, Darryl Smith to Greg McCord, 5/21/10
Stream 0269885

Exhibit 169:   Email, Rob Snyder to Elizabeth Souder, 7/1/09
Stream 0224630-1

Exhibit 170:   Email, Presley Swagerty to Robby_R, 8/13/12
Stream 0162338

Exhibit 171:   Email, Theresa Padron to deanenergy@gmail.com, 5/18/12
Stream 0138563

Exhibit 172:   Email, Jeffrey Connaughton to Logan Stout, Mick Holden, 11/7/10
Stream 0122926-30

Exhibit 173:   Email, Sasan Fisher to Kyle Martin, Clay Adams, 7/20/09
Stream 0069430-1

Exhibit 174:   Stream/Ignite in Dallas Morning News, 3/17/11
Stream 0041361-4

Exhibit 175:   Letter, 2/10/11, Rob Snyder to Jason Few
Stream 0016048-9

Exhibit 176:   Email, Donny Anderson to otistrades@gmail.com, Michelle Whitted, 4/17/08

Stream 0012887-8

Exhibit 177: (group exhibit)

Exhibit 178:   Master Agreement between EDF and SGE, 3/30/11
Stream 0525519-616

Exhibit 179:   Closing the Deal
Stream 0351110-14

Exhibit 180: Consolidated Financial Statements and Additional Financial Information, 12/31/09-10
Stream 00000602-56

Exhibit 181: Webinar Attendee Report
Stream 0220644-716

Exhibit 182: Answer and Affirmative Defenses To Second Amended Complaint

Exhibit 183: Presidential Director Retreat Workshop Notes
Stream 0270336-52

Exhibit 184: Email, wilwin77@sbcglobal.net to Susan Fisher, 9/10/10
Stream 0032807-8

Exhibit 185: Base Confirmation, 9/30/09
Stream 0522175-265

Exhibit 186: Email, Michael Tacker to Judy Schuss, 2/23/07
Stream 0318480-2

Exhibit 187: Email, Rob Snyder to Time & Christine Rogers, 7/1/09
Stream 0402501-3

Exhibit 188: Email, Steve Flores to Alisa Henke, 4/5/10
Stream 0585641-3

Exhibit 189: Email, Susan Fisher to Susan Fisher, 5/23/11
Stream 0066171-3

Exhibit 190: Email, Matt Anderson to Jimmy Harris, 4/8/11
Stream 0031398

Exhibit 191: Letter to Editors from Rob Snyder, 12/6/10
Stream 0042576-8

Exhibit 192: Email, Rob Snyder to Presley Swagerty et al, 10/15/11
Stream 0019365-7

Exhibit 193: Email, Donny Anderson to Diana Beahm, 3/30/09
 Stream 4018

Exhibit 194: Email, John Boger to Donny Anderson, 11/2/10
Stream 5975

Exhibit 195:   Email, Stephen Glasgow to Rob Snyder, 4/12/07
Stream 0575342-48

Exhibit 196:   Stream Energy at a Glance
Stream 0275310-12

Exhibit 197:   Email, Clarence Briggs to Michael Tacker, 3/24/11
Stream 0334266-68

Exhibit 198:   Email, Hank Tatum to Kelly Lane, 8/18/09
Stream 0659214

Exhibit 199:   Email, Donny Anderson to Doug Witt, 2/22/12
Stream 0017660

Exhibit 200:   Email, Doug Witt to fisherignite@gmail.com, andersonignite@gmail.com, timetoignite@me.com, 11/2/11
Stream 4055

Exhibit 201:   Stream Energy Mini-Academy, 5/30/06
Stream 0282144-72

Exhibit 202:   Email, Presley Swagerty to Bob Wright, 7/27/12
Stream 0167095

Exhibit 203:   Defendant's Memorandum of Law in Support of Motion to Dismiss Pursuant to Collateral Estoppel and for Improper Venue
Stream 0128607-631

Exhibit 204:   (on separate disc/drive): Audio files produced by Stream (STREAM 0627464: Speech from Presley Swagerty on networking; STREAM 0627526: Susan Fisher's speech on recruiting; STREAM 0627527: Trey Dyer speech on new associates, recruiting; STREAM 0627534: Logan Stout speech on how he got started and was successful during Ignite; STREAM 0627536: Presley Swagerty speech on how to get to the top ; STREAM 0627537: Susan Fisher speech;   STREAM 0627571: Greg McCord speech; STREAM0627575: Presley Swagerty speech on what it takes ; STREAM 0627577: How to get started, how to get associates, how to get customers).

Exhibit 205:   (on separate disc/drive):  Video files produced by Stream (STREAM 0297599: Short video on how to earn revenue; STREAM 0299318: Turning energy into income; STREAM 0627446: Renewable energy commercial from Stream; STREAM 0627463: Changes in hotel business presentation; STREAM 0627469: Ways to earn income through Ignite – The Compensation Plan; STREAM 0627499: Video showing the different

          levels of Ignite and the "unlimited depth" that can be controlled by a consumer; STREAM 0627563: The Ignite Opportunity).

Exhibit 206:   Anderson Bootcamp Transcript.pdf.

Exhibit 207 (on separate disc/drive):     Ignite video and audio materials downloaded from the Ignite website/YouTube (selected from a group of such materials produced to defendants collectively under Bates number TRINTERNET000001).

- 207.1:   Ignite-Cowboy Clean Nation Q&A What is a REC.flv
- 207.2:   Ignite-Brian_Lucia_CustGather_houston.mp3
- 207.3:   Ignite-Chickens and Eggs with Randy Hedge.mp3
- 207.4:   Ignite-Clean Nation Compensation Plan With Steve Fisher_mpeg1video.mpg
- 207.5:   Ignite-Compensation Plan_mpeg1video.mpg
- 207.6:   Ignite-First Lady of Ignite, Susan Fisher 11-13-2012.mp3
- 207.7:   Ignite-Holiday_Recruiting_Call.mp3
- 207.8:   Ignite Opportunity Video - Texas_mpeg1video.mpg
- 207.9:   Ignite-Ignition 2012 Bob Ledbetter.mp4
- 207.10:  Ignite-Ignition 2013 Trailer.mpg
- 207.11:  Ignite-Logan_Stout_Recruiting.mp3
- 207.12:  Ignite-Logan_Stout_Secondary_Recruiting.mp3
- 207.13:  Ignite_Fisher-Mr Ignite's Quick Start Training.mp3
- 207.14:  Ignite-Presley & Jeanie Swagerty_mpeg1video.mpg
- 207.15:  Ignite-Presley4-18Close (2).mp3
- 207.16:  Ignite-Randy_Hedge_Follow_the_Plan.mp3
- 207.17:  Ignite-Steve_Fisher_Recruiting.mp3
- 207.18:  Ignite_Swagerty-The Coach, on Recruiting.mp3
- 207.19:  Ignite_Fisher-VTS_03_1.mpg
- 207.20:  Ignite-Stout-VTS_09_1_stout.mpg
- 207.21:  Ignite-Your Best Friend's Energy Company.mpg

Exhibit 208:   Fed.R.Evid. 1006 Summary Chart of Misrepresentations and Omissions

Exhibit 209:   STREAM0000486

Exhibit 210:   STREAM0000487

Exhibit 211:   Defendants' answers and responses to plaintiffs' written discovery requests.