IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JUAN RAMON TORRES and EUGENE ROBISON,** | § § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO. 4:09CV2056** |
| v. | § § | |
| **SGE MANAGEMENT, LLC, et al.,** | § § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR AN IMMEDIATE STAY PENDING PETITION FOR REVIEW AND ANY SUBSEQUENT APPEAL PERMITTED UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(f)**

On this day came before the Court Defendants' Motion for an Immediate Stay Pending Petition for Review and any Subsequent Appeal Permitted Under Federal Rule of Civil Procedure 23(f) (the "Motion") [Dkt. No. 171]. Having considered the Motion and any response filed by Plaintiffs, the Court hereby orders that the Motion is GRANTED.

IT IS SO ORDERED that all proceedings in this case are immediately stayed pending resolution of the Defendants' Petition for Review and any subsequent appeal permitted under Federal Rule of Civil Procedure 23(f).

ENTERED this _____ Day of _____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE