UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN RAMON TORRES, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-2056 |
| | § | |
| SGE MANAGEMENT LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF SUMMARY NOTICE OF PENDENCY OF CLASS ACTION AND ENTRY OF ORDER CONCERNING NOTICE OF PENDENCY OF CLASS ACTION

Having considered the plaintiffs' Motion for Approval of Summary Notice of Pendency of Class Action and Entry of Order Concerning Notice of Pendency of Class Action, the defendants' opposition, the plaintiffs' reply, the other pleadings and records on file, and now deeming itself fully advised, the Court HEREBY ORDERS that the plaintiffs' motion is hereby GRANTED.

The Court hereby APPROVES the Plaintiffs' Proposed Notice of Pendency and Opt-Out Form attached as Exhibit 1 to Matthew Prebeg's Declaration in support of Plaintiffs' referenced motion.

The Court furthermore hereby ORDERS the parties to diligently cooperate to use these documents, and to make all other reasonable efforts, to promptly notify the class members of the this class action, and allow the class members an opportunity to opt-out of the class.

SIGNED on this 21st day of February, 2014.

_____
Kenneth M. Hoyt
United States District Judge