# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 14-90004

---

JUAN RAMON TORRES; EUGENE ROBISON,

    Plaintiffs - Respondents

v.

S.G.E. MANAGEMENT, L.L.C.; STREAM GAS & ELECTRIC, L.T.D.;
STREAM S.P.E. G.P. L.L.C.; STREAM S.P.E., L.T.D.; IGNITE HOLDINGS,
L.T.D.; ET AL,

    Defendants - Petitioners

---

Motion for Leave to Appeal
under Fed. R. Civ. P. 23(f)

---

MAR 12 2014

David J. Bradley, Clerk of Court

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petitioners' opposed motion to stay all trial court proceedings pending disposition of the 23(f) petition and any subsequent appeal is GRANTED.

    IT IS FURTHER ORDERED that the petitioners' opposed motion to seal the motion to stay pending petition and any subsequent appeal is GRANTED.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
    Deputy
New Orleans, Louisiana   0 3 MAR 2014

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 03, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-90004   Juan  Torres,  et  al  v.  S.G.E.  Management,
               L.L.C., et al
               USDC No. 4:09-CV-2056

Enclosed is an order entered in this case.

MAR 1 2 2014

Sincerely,

LYLE W. CAYCE, Clerk

David J. Bradley, Clerk of Court

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. David J. Bradley
Mr. Brent Taylor Caldwell
Mr. Scott M. Clearman
Mr. John Patrick Elwood
Mr. Thomas C. Goldstein
Mr. James C. Ho
Mr. Michael Kevin Hurst
Mr. Joshua Stephen Johnson
Mr. Andrew Jack Kochanowski
Mr. Matthew J.M. Prebeg
Mr. Harry Max Reasoner
Ms. Vanessa Jean Rush
Mr. Brian Dean Walsh