UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:09-cv-2056 |
|---|---|---|---|

| Juan Ramon Torres and Eugene Robison, et al. |
|---|
| *versus* |
| SGE Management, LLC; Stream Gas & Electric, Ltd.; et al. |

United States District Court
Southern District of Texas
FILED
DEC 19 2016
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jason J. Thompson<br>Sommers Schwartz, P.C.<br>One Towne Square, Suite 1700<br>Southfield, MI 48076<br>(248) 355-0300<br>Michigan Bar No: P47184<br>Federal Bar No.: _____[Dist. Here]_____ |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs, Juan Ramon Torres and Euegene Robison, et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/07/2016 | Signed: /s/ Jason |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 12/21/16 | Clerk's signature |

**Order**                This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                            United States District Judge