IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN RAMON TORRES and EUGENE ROBISON, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 4:09-cv-2056 |
| v. | ) ) | |
| SGE MANAGEMENT, LLC, et al., | ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO STAY CLASS NOTICE**

Before this Court is the Defendants SGE Management, LLC's, *et al.* (collectively "Stream Energy") Motion to Stay Class Notice. Upon review of the motion and supporting briefs and the response filed by Plaintiffs, and for good cause shown, the Court GRANTS the Motion to Stay Class Notice and ORDERS a stay of the issuance of class notice until after the Court rules on Stream Energy's Rule 12(c) Motion for Judgment on the Pleadings.

**IT IS SO ORDERED.**

DATED: _____        _____

                                                                                  Kenneth M. Hoyt
                                                                                  United States District Judge