# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUAN RAMON TORRES and EUGENE ROBISON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SGE MANAGEMENT, LLC, et al., | ) ) |
| Defendants. | ) ) |

Civil Action No. 4:09-cv-2056

## APPENDIX IN SUPPORT OF DEFENDANTS SGE MANAGEMENT, LLC'S MOTION TO STAY CLASS NOTICE

## APPENDIX OF CITED AUTHORITIES

| Exh. No. | Description | Page |
|---|---|---|
| 1 | *Beale v. EdgeMark Fin. Corp.*, 1995 WL 631840 (N.D. Ill. Oct. 23, 1995) | APPX.0001-0004 |
| 2 | *Boutros v. JTC Painting & Decorating Corp.*, 2013 WL 3110943 (S.D.N.Y. June 19, 2013) | APPX.0005-0008 |
| 3 | *Brown v. Wal-Mart Stores, Inc.*, 2012 WL 5818300 (N.D. Cal. Nov. 15, 2012) | APPX.0009-0012 |
| 4 | *Cardoza v. Bloomin' Brands, Inc.*, No. 2:13-CV-01820, slip op. 2 (ECF Dkt. 178) (D. Nev. Dec. 19, 2014) | APPX.0013-0014 |
| 5 | Affidavit of B. Wright | APPX.0015-0019 |
| 6 | Affidavit of M. Schiro | APPX.0020-0023 |
| 7 | Excerpt from Federal Judicial Center, *Manual for Complex Litigation* § 21.28 (4th ed.) | APPX.0024-0027 |
| 8 | *Gray v. Golden Gate Nat'l Recreational Area*, 2011 WL 6934433 (N.D. Cal. Dec. 29, 2011) | APPX.0028-0030 |
| 9 | *Hamilton v. Am. Corrective Counseling Sers., Inc.*, 2007 WL 1395592 (N.D. Ind. May 10, 2007) | APPX.0031-0032 |
| 10 | *In re Polyurethane Foam Antitrust Litig.*, 2014 WL 12591692 (N.D. Ohio May 16, 2014) | APPX.0033-0036 |
| 11 | *In re Urethane Antitrust Litig.*, 2006 WL 3021126 (D. Kan. Oct. 23, 2006) | APPX.0037-0039 |
| 12 | *Jenkins v. Hyundai Motor Financing Co.*, 2008 WL 2268319 (S.D. Ohio June 2, 2008) | APPX.0040-0044 |
| 13 | *Lindsey v. Sclumberger Technology Corporation*, 2017 WL 2999428 | APPX.0045-0049 |
| 14 | *Martinez v. MXI Corp*, 2016 WL 951430 (D. Nev. Mar. 9, 2016) | APPX.0050-0057 |
| 15 | *Powell v. Tosh*, 2012 WL 1202289 (W.D. Ky. April 10, 2012) | APPX.0058-0062 |
| 16 | *S.G.E. Mgmt., L.L.C. v. Torres*, 2017 WL 1650317 (U.S. Oct. 2, 2017) | APPX.0063 |
| 17 | *Torres v. SGE Mgmt. LLC*, 2014 WL 129793 (S.D. Tex. Jan. 13, 2014) | APPX.0064-0072 |
| 18 | *Whitlock v. FSL Mgmt., LLC*, 2012 WL 6675124 (W.D. Ky. Dec. 21, 2012) | APPX.0073-0076 |

DATE: October 18, 2017

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Robert C. Walters
Robert C. Walters
   *Attorney-in-Charge*
   Texas Bar No. 20820300
   S.D. Tex. Bar No. 1206129
James C. Ho
   Texas State Bar No. 24052766
   Southern District of Texas Bar No. 918335
Andrew P. LeGrand
   Texas Bar No. 24070132
   S.D. Tex. Bar No. 2827698
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Tel.: (214) 698-3100
Fax: (214) 571-2900
rwalters@gibsondunn.com
jho@gibsondunn.com
alegrand@gibsondunn.com

**ATTORNEYS FOR SGE MANAGEMENT, LLC, ET AL.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be served by ECF on the 18th of October, 2017 to all counsel of record.

/s/ Robert C. Walters
Robert C. Walters