# EXHIBIT 6

No. 14-90004

# In the United States Court of Appeals for the Fifth Circuit

JUAN RAMON TORRES; EUGENE ROBISON,

*Plaintiffs-Respondents,*

v.

SGE MANAGEMENT, LLC; ET AL.,

*Defendants-Petitioners.*

On Petition for Permission to Appeal from the United States District Court for the Southern District of Texas, Houston Division, Case No. 4:09-CV-02056

### AFFIDAVIT OF MARK SCHIRO IN SUPPORT OF MOTION FOR STAY

Mark Schiro being duly sworn, deposes and states as follows:

1. I am over eighteen years of age, am competent to testify, and have personal knowledge of the facts stated in this Affidavit, which are true and correct.

2. I am a resident of Houston, Harris County, Texas.

3. I have been a board member of Stream Energy since 2006. I am also currently the President/CEO of Stream Energy (and its marketing subsidiary Ignite), a position I have held since February 2012. As CEO, my responsibilities include oversight of all operational aspects of the company.

4. Accordingly, I can testify to the finances of Stream Energy.

5. In 2013, Stream Energy had revenues of $867.2 million; cash-in-hand of $42 million; debt amounting to $32.8 million (currently down to $12 million); working capital of $19.4 million; an operating cash flow of $12.5 million; and net income of $18 million.

6. In 2014, Stream Energy estimates that it will have revenues of $872.7 million; cash-in-hand of $38.3 million; debt amounting to $6.2 million; an operating cash flow of $42.9 million; and net income of $35 million.

7. I have also reviewed the class notice approved by the district court, which the district court has ordered be sent to every Stream Energy/Ignite Independent Associate ("IA") who joined the program between January 1, 2005, and April 2, 2011.

8. Based on my eight years of experience in the multilevel marketing industry, as well as my seven-plus years working at Stream Energy, I can conclude that if the class notice is distributed, Stream Energy's business will be irreparably harmed in several respects.

9. The success of a multilevel marketing distribution channel, like the one employed by Stream Energy, depend entirely on (1) the reputation of the company and its associates; (2) the trust and goodwill that is built up between the company, its associates, and its customers.

APPX.0021

10. The class notice, however, will irreparably injure both of those features. The notice accuses Stream Energy of defrauding its associates by operating a racketeering scheme—and carries with it the appearance that these claims have been blessed by a federal court. Just the allegation of racketeering will destroy the trust and goodwill that Stream Energy has fostered over the past eight years. It will be difficult, if not impossible, for Stream Energy to recover from this reputational hit.

11. As a result, the class notice will greatly affect Stream Energy's relationship with its current and future IAs. The notice, and the accusations therein, will cause the IAs to believe that the claims against Stream Energy are credible and restrict their own participation in retail activities. The class notice will obviously also hinder Stream Energy's ability to enlist additional IAs.

12. Moreover, Stream Energy is, at its core, a retailer of gas and electricity. But Stream Energy's principal mechanism for selling gas and electricity accounts is through the IA program. So if the IA program is constrained, as will occur if the class notice is sent out, then Stream Energy will lose energy accounts. This will happen not only because existing customers who were signed up as customers through the IA program or who are themselves IAs may depart, but also because there will be fewer IAs out there who are selling Stream Energy accounts to the public.

13. At the end of the day, the mere issuance of this class notice could have devastating consequences for Stream Energy's business.

\* \* \*

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: Dallas, Texas
February 25, 2014

Mark Schiro

Subscribed and sworn to before me on this 25th day of February, 2014, by Mark Schiro, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

BEVERLY CARROL CEZAR
MY COMMISSION EXPIRES
October 12, 2016

Notary Public for State of Texas

My Commission Expires: 10-12-16