# EXHIBIT 16

2017 WL 1650317
Only the Westlaw citation is currently available.
Supreme Court of the United States

S.G.E. MANAGEMENT, ET AL.
V. TORRES, JUAN R., ET AL.

No. 16-1309.
|
Oct. 2, 2017.

**Opinion**

*1 The petition for writ of certiorari is denied.

**All Citations**

--- S.Ct. ----, 2017 WL 1650317 (Mem)

---

**End of Document**  © 2017 Thomson Reuters. No claim to original U.S. Government Works.