United States District Court
Southern District of Texas
**ENTERED**
November 08, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN RAMON TORRES, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:09-CV-2056 |
| § | |
| SGE MANAGEMENT LLC, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE CLASS REPRESENTATIVE PURSUANT TO FED. R. CIV. P. 25(a) AND ADD ADDITIONAL CLASS REPRESENTATIVE PURSUANT TO FED. R. CIV. P. 15(a)(2)

The Court has considered (1) the certified plaintiff class's Motion to Substitute Class Representative Pursuant to Fed. R. Civ. P. 25(a) and Add Additional Class Representative Pursuant to Fed. R. Civ. P. 15(a)(2) (Dkt. No. 228); (2) the defendants' response; (3) the plaintiffs' reply; and (4) the other pleadings and records on file, and now deems itself fully advised. NOW, THEREFORE, the plaintiffs' motion is hereby GRANTED.

It is ORDERED that Christopher Robison – in his capacity as the duly appointed executor for, and legal representative of, the estate of his father and former named class representative Eugene Robison (deceased) – is hereby substituted as a class representative in place of Eugene Robison (deceased).

It is FURTHER ORDERED that the plaintiffs and the plaintiff class are hereby granted leave to elevate member of the certified class, Mr. Lucas ("Luke") Thomas, as an additional class representative and named plaintiff and that the plaintiffs may file an

amended complaint within 15 court days of the entry of this Order solely adding Mr. Thomas as a named plaintiff and class representative.

It is so ORDERED.

SIGNED on this 8th day of November, 2017.

_____
Kenneth M. Hoyt
United States District Judge