United States District Court
Southern District of Texas
**ENTERED**
March 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN RAMON TORRES, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:09-CV-02056 |
| § | |
| SGE MANAGEMENT LLC, *et al*, § § | |
| Defendants. § | |

### ORDER STRIKING CLEARMAN'S RENEWED MOTION TO ALLOCATE ATTORNEYS' FEES AND EXPENSES

On February 11, 2020, The Clearman Law Firm and Scott Clearman filed their renewed motion to allocate attorneys' fees and expenses (Dkt. No. 392). Class Counsel J.M. Prebeg and Andrew Kochanowski, and Associated Class Counsel Jeffrey W. Burnett and Eric Citron, objected to and moved to strike Clearman's renewed motion.

Because Clearman's renewed motion violates Federal Rule of Civil Procedure 23(h) and is inconsistent with the Fifth Circuit's remand, the Court **SUSTAINS** the objection and **STRIKES** Clearman's renewed motion.

It is so ORDERED.

SIGNED on this 26th day of February, 2020.

_____
Kenneth M. Hoyt
United States District Judge