United States District Court
Southern District of Texas
**ENTERED**
March 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN RAMON TORRES, *et al*, § § § Plaintiffs, § VS. § SGE MANAGEMENT LLC, *et al*, § § § Defendants. § § § | CIVIL ACTION NO. 4:09-CV-2056 |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON February 26, 2020 at 9:15 AM

Appearances:   Michael Wilson
Scott Monroe Clearman
Cody Stafford
Andrew Jack Kochanowski
Eric Franklin Citron
Jeffrey West Burnett
Matthew J.M. Prebeg

The following rulings were made:

Pursuant to the phone conference conducted in this matter, the Court inquired whether, in light of remarks by Clearman to the Circuit Court, to remand and reassign the case to another judge, a recusal is appropriate. Counsel for Clearman express that his client desired that the undersigned recuse.

In that regard, counsel for Clearman has until March 2, 2020, to file a motion to recuse.

It is so ORDERED.

SIGNED on this 26th day of February, 2020.

_____
Kenneth M. Hoyt
United States District Judge