United States District Court
Southern District of Texas
**ENTERED**
March 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN RAMON TORRES and EUGENE ROBISON, CHRISTOPHER ROBISON, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> SGE MANAGEMENT LLC and STREAM GAS & ELECTRIC LTD and STREAM SPE GP LLC, *et al*, <br><br> Defendants. | CIVIL ACTION NO. 4:09-CV-02056 |

## ORDER OF RECUSAL

I recuse myself from further proceedings in this case pursuant to 28 USC § 455 (Dkt. No. 403). The case s returned to the Clerk of Court for reassignment.

It is so ORDERED.

SIGNED on this 6th day of March, 2020.

_____
Kenneth M. Hoyt
United States District Judge