United States District Court
Southern District of Texas
**ENTERED**
March 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN RAMON TORRES *et al*, | § § | CIVIL ACTION NO. 4:09-cv-02056 |
| Plaintiffs, | § § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| SGE MANAGEMENT LLC *et al*, | § § § | |
| Defendants. | § | |

### ORDER

Before the Court is a motion by the Clearman Law Firm and Scott Clearman seeking a status conference. Dkt 415. Also before the Court is a partial concurrence to this motion by Class and Associated Counsel. Dkt 416.

The Court does not intend for any party or counsel to act contrary to official guidance or precautions regarding the COVID-19 virus, including with respect to travel or appearance for any hearing. During the coming weeks the Court may in its discretion hold hearings. But the Court also has discretion to consider and decide particular matters on the pleadings alone. See In Re: Court Operations in the Houston and Galveston Divisions Under the Exigent Circumstances Created by the COVID-19 Pandemic, Special Order H-2020-6.

The Court ORDERS the parties to file a joint status report on or before April 8, 2020 regarding whether a hearing is currently necessary. If the parties recommend that a hearing proceed, they should discuss and propose mutually convenient dates and methods of appearance.

SO ORDERED.

Signed on March 26, 2020, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge