IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN RAMON TORRES, ET AL., | Civil Action No. 4:09-cv-2056 |
| Plaintiff, | |
| vs. | JUDGE CHARLES ESKRIDGE |
| SGE MANAGEMENT, LLC, ET AL., | |
| Defendants. | Jury Demanded |

**JOINT STATUS REPORT**

Per the Court's order [Dkt. 417], Class Counsel Scott M. Clearman and his firm, The Clearman Law Firm (collectively, "Clearman"), Class Counsel Matthew J.M. Prebeg, and Andrew Kochanowski, and Associated Class Counsel Jeffrey W. Burnett and Eric F. Citron provide this status report. The parties do not agree about whether a status conference is necessary. Clearman believes a conference to be necessary. Messrs. Prebeg, Kochanowski, Burnett, and Citron do not believe a status conference is either necessary or useful—at least not yet. Attached as Exhibits 1 and 2 are the parties' respective statements of position.

Should the Court hold a status conference, the parties can be available on any business day between April 14 and April 30 so long as they have three business days' notice of the setting. The parties suggest that they appear by telephone conference call or by video conference as the Court prefers. They can arrange the video conference at the Court's request.

Respectfully submitted,

**WILSONKELLY LLC**


*/s/ Michael M. Wilson*
Michael M. Wilson
State Bar No. 21704800
Email: mwilson@wilsonkelly.com
3702 Mt. Vernon Street
Houston, Texas 77006
T: 713-590-9730
F: 866-743-1339

**ATTORNEY FOR THE CLEARMAN LAW FIRM AND SCOTT M. CLEARMAN**


**DOBROWSKI, LARKIN & STAFFORD L.L.P.**


*/s/ Cody W. Stafford*
Cody W. Stafford
State Bar No. 24068238
Email: cstafford@doblaw.com
4601 Washington Avenue, Suite 300
Houston, Texas 77007
T: 713-659-2900
F: 713-659-2908

**ON BEHALF OF PREBEG, KOCHANOWSKI, BURNETT AND CITRON**