Case 4:09-cv-02056   Document 447   Filed on 07/07/22 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
FILED
July 07, 2022
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 15, 2022
Lyle W. Cayce
Clerk

No. 21-20518

SCOTT M. CLEARMAN, INDIVIDUALLY and *on behalf of* THE CLEARMAN LAW FIRM, P.L.L.C.,

*Appellant,*

*versus*

ANDREW JACK KOCHANOWSKI, INDIVIDUALLY and *on behalf of* SOMMERS SCHWARTZ, P.C.; ERIC FRANKLIN CITRON, INDIVIDUALLY and *on behalf of* GOLDSTEIN & RUSSELL, P.C.; JEFFREY WEST BURNETT, INDIVIDUALLY and *on behalf of* JEFFERY W. BURNETT, P.C.; MATTHEW J. M. PREBEG, INDIVIDUALLY and *on behalf of* PREBEG, FAUCETT & ABBOTT, P.L.L.C.; JUAN RAMON TORRES, *as Representative of the Estate of Eugene Robison*; CHRISTOPHER ROBISON, *as Representative of the Estate of Eugene Robison*; LUCAS ("LUKE") THOMAS, INDIVIDUALLY and *on behalf of* A CLASS OF SIMILARLY SITUATED INDIVIDUALS; THOMAS C. GOLDSTEIN, INDIVIDUALLY and *on behalf of* GOLDSTEIN & RUSSELL, P.C.,

*Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-2056

Before CLEMENT, GRAVES, and COSTA, *Circuit Judges.*

JUDGMENT

No. 21-20518

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Jul 07, 2022**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 07, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 21-20518    Clearman v. Kochanowski
                          USDC No. 4:09-CV-2056

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christina Rachal*

                              By: _____
                              Christina C. Rachal, Deputy Clerk
                              504-310-7651

Cc (letter only):
    Mr. Brent Taylor Caldwell
    Mr. Eric Franklin Citron
    Mr. Scott M. Clearman
    Mr. Thomas C. Goldstein
    Mr. Andrew Jack Kochanowski
    Mr. Matthew J. M. Prebeg
    Mr. Cody Wayne Stafford